UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   22-6485-MJ-STRAUSS

UNITED STATES OF AMERICA

v.

JUAN FRANCISCO ROIG, JR.,

    Defendant.

_____/

FILED BY_____D.C.

OCT 19 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D, OF FLA. - FT. LAUD.

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? __Yes   X  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   __Yes   X  No

Respectfully submitted,

JJUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _Jessica J. Ayer_____

JESSICA J. AYER
Special Assistant United States Attorney
Court ID No. A5502916
99 N.E. 4th Street
Miami, FL 33132
Tel. No. (305) 510-8179
Fax No. (305) 536-4676
E-mail: Jessica.Ayer@usdoj.gov

Application for a Complaint by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

FILED _____ D.C.

OCT 19 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 22-6485-MJ-STRAUSS |
| JUAN FRANCISCO ROIG, JR., | ) | |
| | ) | |
| | ) | |
| _____ | | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____October 18, 2022____ in the county of ____Broward____ in the
__Southern__ District of ____Florida____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II) | Encouraging or Inducing an Alien to Enter the United States |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

GENESIS EUSEBIO

Digitally signed by GENESIS EUSEBIO
Date: 2022.10.19 09:35:00 -04'00'

_____
*Complainant's signature*

Genesis Eusebio, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime.

Date: ____10/19/2022____

_____
*Judge's signature*

City and state: ____Fort Lauderdale, Florida____

The Hon. Magistrate Judge Jared M. Strauss
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Genesis Eusebio, being duly sworn, do depose and say:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am employed as a Special Agent ("SA") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), in Miami, Florida, and have been so employed since March 2019. I am currently assigned to the Human Smuggling Group, where I am responsible for conducting investigations of immigration law and related federal criminal statutes as contained in the United States Code. Prior to my employment with HSI, I was employed with U.S. Customs and Border Protection ("CBP"), also a component of DHS, from May 2016 through March 2019. I have completed the Criminal Investigator Training Program, HSI Special Agent Training Program, and the CBP Officer Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. This comprehensive training in multiple disciplines included proper investigative techniques and the application and execution of search, arrest, and seizure warrants for violations of federal laws, including but not limited to violations of the Immigration and Nationality Act.

2.     The statements contained in this Affidavit are based upon my own personal knowledge gathered during my participation in this investigation, my previous training and experience, other State and Federal law enforcement officers and agents, interviews, and written reports. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me or other law enforcement officers or agents involved in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

3.      I submit this Affidavit in support of a criminal complaint against Juan Francisco

ROIG, Jr. ("ROIG") because there is probable cause to believe that ROIG did encourage and

induce aliens to come to, enter, and reside in the United States, knowing and in reckless disregard

of the fact that such coming to, entry, and residence is and will be a violation of Title 8, United

States Code, Section 1324(a)(1)(A)(iv) and (v)(II).

**PROBABLE CAUSE**

4.      On October 18, 2022, U.S. Customs and Border Protection (CBP) Air and Marine

Operations (AMO) observed the "SUSPECT VESSEL" departing Bimini, the Bahamas with four

(4) persons on board.  AMO continued to observe the SUSPECT VESSEL driving a westbound

track towards Fort Lauderdale, Florida. The SUSPECT VESSEL was stopped at approximately

five (5) nautical miles East/Southeast of Port Everglades Inlet in Fort Lauderdale, Florida. The

vessel was boarded and searched.  The SUSPECT VESSEL was a 28' Contender with twin

outboard engines.

5.      Upon boarding the SUSPECT VESSEL, CBP AMO identified the boat operator as

ROIG, a United States citizen (USC) adult male. Additionally, there was one (1) adult male, one

(1) adult female, and one (1) minor female on board. Each of the passengers were identified as

foreign nationals from Brazil via their passports on board the SUSPECT VESSEL. The Brazilian

passports did not contain any documents that would allow them to enter, transit through, or reside

in the United States. DHS database checks revealed that the Brazilian adult male and Brazilian

adult female had been previously denied U.S. visa applications multiple times and did not have

authorization to enter the U.S. on October 18, 2022.

6.      During the boarding, ROIG stated to law enforcement that he was going on a

joyride with friends. The adult Brazilian male stated to law enforcement that they left from Bimini,

2

the Bahamas, and the boat captain agreed to bring him and his family from Bimini to the United States. The GPS system in the SUSPECT VESSEL showed tracks line between the Bahamas and the United States, to include a track line on October 18, 2022.

7.      Law enforcement transferred ROIG to the United States Coast Guard (USCG) Station in Fort Lauderdale. At the USCG station ROIG was interviewed by HSI special agents, and he stated he was showing his friends around town on the water. ROIG stated he left out of the Hillsboro Inlet to show the three Brazilians on board the SUSPECT VESSEL around. ROIG denied any involvement in human smuggling.

[THIS SPACE INTENTIONALLY LEFT BLANK]

## CONCLUSION

8.      Based on the foregoing facts, I respectfully submit that there is probable cause to believe that ROIG did encourage and induce aliens to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be a violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II).

**FURTHER AFFIANT SAYETH NAUGHT.**

GENESIS
EUSEBIO                    Digitally signed by GENESIS EUSEBIO
                           Date: 2022.10.19 09:36:27 -04'00'

GENESIS EUSEBIO, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by FaceTime this **19** day of October 2022.

THE HON. JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 22-6485-MJ-STRAUSS

### BOND RECOMMENDATION

DEFENDANT: JUAN FRANCISCO ROIG, JR.

PTD

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _Jessica J. Ayer_

SAUSA: Jessica Ayer

Last Known Address: 1800 S Ocean Blvd., APT 304

Pompano Beach, FL 33062

What Facility:

Agent(s): S/A Genesis Eusebio

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

HSI